# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139220 & (39)

ANGELA PATREKA,
      Plaintiff-Appellant,

v

BRANDI LEIGH CORDLE and UNITED
HEALTHCARE INSURANCE COMPANY,
      Defendants,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.

SC: 139220
COA: 284216
Monroe CC: 05-020296-CK

_____/

On order of the Court, the motion to hold the plaintiff's application for leave to appeal in abeyance for *McCormick v Carrier* (Docket No. 136738) is considered, and it is GRANTED. We ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

d1019